IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN WOODS**                                                                **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 1:06cv441DMR-JMR**

**MIKE BYRD, JR., et al.**                                              **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   11th   day of August, 2006.


                                             **/S/  DAN M. RUSSELL, JR.**
                                             **UNITED STATES DISTRICT JUDGE**